≋AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Massachusetts__

WILLIAM STEFANIAK and JANICE STEFANIAK

**SUMMONS IN A CIVIL ACTION**

V.

VOYAGER III, LLC, et. al.

CASE NUMBER:

**05-11465 MLW**

TO: (Name and address of Defendant)

> Voyager III, LLC
> c/o Valerie S. Carter, Esq.
> 530 Atlantic Avenue
> Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

> DAVID B. KAPLAN, ESQ.
> THE KAPLAN/BOND GROUP
> 88 Black Falcon Avenue, Suite 301
> Boston, MA 02210

an answer to the complaint which is served on you with this summons, within __Twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

7-11-05
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 7-12-05 |
| NAME OF SERVER (PRINT) James Burke | TITLE | Constable, Boston, MA |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
c/o Valerie Carter, Esq. 530 Atlantic Ave, Boston, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $30- | TOTAL $0.00 30- |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-12-05
             Date           Signature of Server

P.O. Box 51576, Boston, MA 02205
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.