⊕AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Eastern | District of | Massachusetts |

WILLIAM STEFANIAK and JANICE STEFANIAK

V.

VOYAGER III, LLC, et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05-11465 MLW**

TO: (Name and address of Defendant)

Water Transportation Alternatives, Inc.
c/o PC T Corporation Systems
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

DAVID B. KAPLAN, ESQ.
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within ____Twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE   7-11-05

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/12/05 |
| NAME OF SERVER (PRINT) James Burke | TITLE Constable, Boston, MA |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:

CT Corp, 101 Federal St., Boston c/o Yvette Concepcion, process clerk

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $30.— | TOTAL $0.00 30 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-12-05
          Date

Signature of Server

P.O. Box 51576, Boston, MA 02205
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.