UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WILLIAM STEFANIAK and**<br>**JANICE STEFANIAK,**<br>    **Plaintiffs,** | **CIVIL ACTION**<br>**NO: 05-11465-MLW** |

vs.

**VOYAGER III, LLC., WATER**
**TRANSPORTATION ALTERNATIVES, INC.,**
**NEW ENGLAND AQUARIUM CORPORATION, and**
**NEW ENGLAND AQUARIUM MARINE LIFE**
**CENTER, INC.,**
    **Defendants.**

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorney for defendants, Voyager III, LLC., Water Transportation Alternatives, Inc., New England Aquarium Corporation, and New England Aquarium Marine Life Center, Inc., in the above-entitled action.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

_"/s/ Thomas J. Muzyka"
**Thomas J. Muzyka**
**BBO NO: 365540**
**Robert E. Collins**
**BBO NO: 555843**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:   September 9, 2005