UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WILLIAM STEFANIAK and** <br> **JANICE STEFANIAK,** <br>     Plaintiffs, <br><br> vs. <br><br> **VOYAGER III, LLC., WATER** <br> **TRANSPORTATION ALTERNATIVES, INC.,** <br> **NEW ENGLAND AQUARIUM CORPORATION, and** <br> **NEW ENGLAND AQUARIUM MARINE LIFE** <br> **CENTER, INC.,** <br>     Defendants. | CIVIL ACTION <br> NO: 05-11465-MLW |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorney for defendants, Voyager III, LLC., Water Transportation Alternatives, Inc., New England Aquarium Corporation, and New England Aquarium Marine Life Center, Inc., in the above-entitled action.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

_"/s/ Kenneth M. Chiarello"
**Thomas J. Muzyka**
**BBO NO: 365540**
**Kenneth M. Chiarello**
**BBO NO: 639274**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:  September 12, 2005