UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILLIAM STEFANIAK and )
JANICE STEFANIAK, )
)
Plaintiffs )
)
v. )
)     CIVIL ACTION NO. 05-11465-MLW
)
VOYAGER III, LLC, )
WATER TRANSPORTATION )
ALTERNATIVES, INC., )
NEW ENGLAND AQUARIUM )
CORPORATION, and )
NEW ENGLAND AQUARIUM )
MARINE LIFE CENTER, INC., )
)
Defendants )

## DEFENDANT'S LR 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) we certify that we have conferred with a view to

establishing a budget for the costs of conducting the full course – and various alternative courses

– of the litigation and to consider the resolution of the litigation through the use of alternative

dispute resolution programs such as those outlined in LR 16.4.


William Stefaniak
12 North Street
Leominster, MA 01453

DAVID B. KAPLAN
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080
BBO# 258540

Date: October __1__, 2005