UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WILLIAM STEFANIAK and** | **CIVIL ACTION** |
| **JANICE STEFANIAK,** | **NO: 05-11465-MLW** |
|     **Plaintiffs,** | |
| vs. | |
| **VOYAGER III, LLC., WATER TRANSPORTATION ALTERNATIVES, INC., NEW ENGLAND AQUARIUM CORPORATION, and NEW ENGLAND AQUARIUM MARINE LIFE CENTER, INC.,** | |
|     **Defendants.** | |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs or conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

| | |
|---|---|
| **CHUBB GROUP OF INS. CO.** | **CLINTON & MUZYKA, P.C.** |
| "/s/ John W. Fixture"___ | "/s/ Thomas J. Muzyka |
| John W. Fixture | Thomas J. Muzyka |
| 55 Water Street | BBO NO: 365540 |
| New York, NY  10045 | One Washington Mall |
| | Suite 1400 |
| | Boston, MA 02108 |
| | (617) 723-9165 |

Dated: May 23, 2006