UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*****************************
WILLIAM STEFANIAK and      *       CIVIL ACTION NO. 05-11465-MLW
JANICE STEFANIAK,          *
      Plaintiffs           *
                           *
v.                         *
                           *
VOYAGER III, LLC,          *
WATER TRANSPORTATION       *
ALTERNATIVES, INC.,        *
      Defendants.          *
*****************************
```

## MOTION TO WITHDRAW PLAINTIFFS' MOTION TO COMPEL THE DEFENDANTS' RESPONSE TO PLAINTIFFS' DISCOVERY REQUESTS

Plaintiffs respectfully request this court allow the withdrawal of Plaintiffs' June 12, 2006 Motion to Compel (Document No. 14 on the Docket). Defendants have since mooted this dispute by way of compliance with their obligation to respond to Plaintiffs' discovery requests.

Plaintiffs reserve their right to pursue inadequate responses, if any, pursuant to the Federal Rules of Civil Procedure.

Respectfully submitted,
WILLIAM STEFANIAK and
JANICE STEFANIAK
By their attorney,


/s/ David B. Kaplan
DAVID B. KAPLAN
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080
B.B.O. No. 258540

Dated: June 26, 2006