UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
****************************
WILLIAM STEFANIAK and       *        CIVIL ACTION NO. 05-11465-MLW
JANICE STEFANIAK,           *
      Plaintiffs,           *
                            *
v.                          *
                            *
VOYAGER III, LLC,           *
WATER TRANSPORTATION        *
ALTERNATIVES, INC.,         *
      Defendants.           *
****************************
```

## PLAINTIFF'S SUGGESTION OF DEATH REGARDING JANICE STEFANIAK AND JOINT REQUEST FOR AN EXTENSION OF DEADLINES

The Plaintiff, William Stefaniak, suggests upon the record, pursuant to Fed.R.Civ.P. 25(a), the death of his wife and co-Plaintiff, Janice Stefaniak, who died on December 10, 2006 during the pendency of this action and as a result of a rare and unexpected blood disease. A copy of her Death Certificate is attached hereto as Exhibit A.

Plaintiff shall, pursuant to Fed.R.Civ.P. 25(a)(1), move to substitute a party for his deceased wife as soon as her estate is in order and within the ninety days required by Rule 25(a).

### PLAINTIFFS' LOCAL RULE 7.1(A)(2) CERTIFICATION

Insofar as LR7.1(A)(2) is applicable, I, David B. Kaplan, counsel for the Plaintiffs in the above entitled matter, state that I discussed Janice Stefaniak's death with the defense two days after her passing.

| | |
|---|---|
| Respectfully submitted,<br>WILLIAM STEFANIAK and<br>JANICE STEFANIAK<br>By their attorney,<br><br>/s/ David B. Kaplan_____<br>DAVID B. KAPLAN, B.B.O. No. 258540<br>**THE KAPLAN/BOND GROUP**<br>88 Black Falcon Avenue, Suite 301<br>Boston, MA 02210<br>(617) 261-0080<br><br>Dated: January 18, 2007 | I hereby certify that a true copy of the above document was served upon each attorney of record by ECF on January 18, 2007.<br><br>/s/ David B. Kaplan_____ |

2

# The Commonwealth of Massachusetts

City of Worcester
Office of the City Clerk

429301

## Copy of Record of Death

The below is a true copy of the original certificate placed on file in this office, and issued this date: **DEC 18 2006**

A Copy.   Attest:

*David J. Rushford*
City Clerk

---

**The Commonwealth of Massachusetts**
STANDARD CERTIFICATE OF DEATH
REGISTRY OF VITAL RECORDS AND STATISTICS

REGISTERED NUMBER: 06 2759

| Field | Value |
|---|---|
| 1. Decedent Name | Janice R. Stefaniak |
| 2. Sex | F |
| 3. Date of Death | December 10, 2006 |
| 4a. Place of Death (City/Town) | Worcester |
| 4b. County of Death | Worcester |
| 4c. Hospital or other institution | UMASS/MEMORIAL HEALTHCARE 55 LAKE AVE NORTH, WORCESTER, MA 01655 |
| 5. Place of Death | Inpatient (Hospital) |
| 6. Social Security Number | 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 |
| 7. If US War Veteran | ---- |
| 8a. Was Decedent of Hispanic Origin? | No |
| 8b. Race | White |
| 9. Decedent's Education | 12 |
| 10a. Age - Last Birthday | 51 |
| 10d. Date of Birth | Nov. 21, 1955 |
| 11. Birthplace | Fitchburg, Massachusetts |
| 12. Married, Never Married, Widowed or Divorced | Married |
| 13. Last Spouse | William Stefaniak |
| 14a. Usual Occupation | Secretary |
| 14b. Kind of Business or Industry | Education |
| 15a. Residence | 12 North St., Leominster, Worcester, Massachusetts |
| 15b. Zip Code | 01453 |
| 16. Father - Full Name | Frank P. LeBlanc |
| 17. State of Birth | MA |
| 18. Mother - Name (Given) (Maiden) | Lorraine Gelinas |
| 19. State of Birth | MA |
| 20. Informant's Name | William Stefaniak |
| 21. Mailing Address | 12 North St., Leominster, MA 01453 |
| 22. Relationship | Husband |
| 23. Method of Immediate Disposition | Burial |
| 24. Funeral Service Licensee | Lawrence P. Brandon |
| 25. License # | 6022 |
| 26a. Place of Disposition | Saint Joseph Cemetery |
| 26b. Location | Fitchburg, Massachusetts |
| 27. Date of Disposition | Dec. 14, 2006 |
| 28a/b. Name and Address of Facility | Brandon F.H. 305 Wanoosnoc Rd., Fitchburg, MA 01420 |

**29 PART I** - Cause of Death:

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| a. Immediate Cause | ACUTE STROKE | HOURS |
| b. Due to | THROMBOCYTOPENIA | DAYS |
| c. Due to (Underlying cause) | THROMBOTIC THROMBOCYTOPENIC PURPURA | WEEKS |

**PART II** - Other significant conditions contributing to death: RESPIRATORY FAILURE

| Field | Value |
|---|---|
| 30. Was Autopsy Performed? | YES |
| 31. Were Autopsy Findings Available Prior to Completion of Cause of Death? | YES |
| 32. Med. Exam. Notified? | NO |
| 34. Manner of Death | Natural |
| 36a. Signature and Title | [signed] MD |
| 36b. Date Signed | DECEMBER 10, 2006 |
| 36c. Hour of Death | 6:40 AM |
| 36d. Name of Attending Physician | MARK MADISON M.D. |
| 38. Name and Address of Certifying Physician | ELIZABETH FRAY M.D. 55 LAKE AVE. NO. WORCESTER, MA 01655 |
| 39. License No. of Certifier | 221545 |
| 40a. Was There a Pronouncement Form? | NO |
| 41. Signature/ID of Health Agent | [signed] Leonard J. Morse, M.D., Commissioner of Public Health |
| 42. Clerk's Signature | Worcester — David J. Rushford |
| 43. Date of Record | DEC 18, 2006 |

PERMANENT BLACK INK ONLY
R-301-06