UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM STEFANIAK and<br>JANICE STEFANIAK,<br><br>    Plaintiffs,<br><br>v.<br><br>VOYAGER III, LLC,<br>WATER TRANSPORTATION<br>ALTERNATIVES, INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 05-11465-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER ON MOTION TO COMPEL

SOROKIN, M.J.

Defendant shall supplement its responses by March 1, 2007 in accord with this Order.

1. Defendant shall respond to: Interrogatory No. 6; Interrogatory 8(h) regarding the sea conditions in the area of the incident at the time the Captain learned of the incident and for the thirty minutes prior thereto; Interrogatory 9 as to the boat in question in light of the condition of the boat and sea at the time the Captain learned of the incident; Interrogatory 10 with a description of the incident and a list of the persons providing this information; and Interrogatory 15(d) regarding how the area was closed.

2. Defendant shall respond to: Document request 16 regarding the Captain's time sheets for the day of the incident and the seven days prior thereto; Doc. Request 33 with the General Arrangement and Outboard profile and Doc. Request 37 regarding personal injury claims concerning the area in question (as alleged by Plaintiff) from the date of the incident to the present.

Plaintiff's Motion to Compel (docket #16) is ALLOWED IN PART as described in this Order and in all other respects DENIED.

Dated: February 2, 2007                         /s/ Leo T. Sorokin
                                                Leo T. Sorokin
                                                United States Magistrate Judge