UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM STEFANIAK & <br> JANICE STEFANIAK, <br>     Plaintiffs, | CIVIL ACTION <br> NO: 05-11465-MLW |
| vs. | |
| VOYAGER III, LLC. and WATER <br> TRANSPORTATION ALTERNATIVES, INC., <br>     Defendants. | |

**DEFENDANT, WATER TRANSPORTATION ALTERNATIVES, INC.'S, MOTION TO EXTEND THE TIME PERIOD FOR COMPLYING WITH THIS HONORABLE COURT'S FEBRUARY 2, 2007 ORDER ON MOTION TO COMPEL**

Now comes the defendant, Water Transportation Alternatives, Inc., in the above-entitled action, by and through its undersigned attorneys, Clinton & Muzyka, P.C., and respectfully moves this Honorable Court to extend the time for period for complying with its February 2, 2007 Order on Motion to Compel.  As grounds in support, the defendant submits the following for the Court's consideration.

   1.   On February 2, 2007, the Court issued an Order compelling the defendant to supplement its written discovery responses and produce additional information and documentation.  As requested by defense counsel at the hearing, the Court ordered supplementation to be completed by or before March 1, 2007.

   2.   The defendant has complied with Paragraph No. 2 of the Court's Order, which relates to the

       production of additional documents, but has been unable to obtain the information necessary to comply with Paragraph No. 1 relating to the supplementation of its Answers to Interrogatories.

3. The defendant's General Manager, William Walker, was on vacation with his family in Hawaii for an extended period of time during February and recently returned.

4. Additionally, at the time of the hearing defense counsel was aware that one (1) of the two (2) Captains that were onboard the vessel at the time of the incident was no longer employed by the defendant. However, defense counsel recently learned that the remaining Captain is also no longer employed by the defendant. Defense counsel is in the process of locating this Captain.

5. Under these circumstances, the defendant respectfully requests an additional two (2) weeks to comply with Paragraph No. 1 of the Court's February 2, 2007 Order on Motion to Compel.

6. Plaintiff's counsel does not oppose the relief requested herein.

**WHEREFORE**, the defendant, Water Transportation Alternatives, Inc., prays that this Honorable Court extend the time period for complying with its February 2, 2007 Order on Motion to Compel for a brief period of two (2) weeks.

3

By its attorneys,

**CLINTON & MUZYKA, P.C.**


"/s/ Kenneth M. Chiarello"
Kenneth M. Chiarello
BBO NO: 639274
One Washington Mall
Suite 1400
Boston, MA  02108
(617) 723-9165


Dated:  March 1, 2007