UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*****************************
WILLIAM STEFANIAK and      *       CIVIL ACTION NO. 05-11465 LTS
JANICE STEFANIAK,          *
      Plaintiffs           *
                           *
v.                         *
                           *
VOYAGER III, LLC and       *
WATER TRANSPORTATION       *
ALTERNATIVES, INC.         *
      Defendants.          *
*****************************
```

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTIES

Pursuant to Fed.R.Civ.P. 25(a)(1), the Plaintiff, WILLIAM STEFANIAK, respectfully requests that he, as duly appointed Executor of Janice Stefaniak's estate (*see* Certificate of Appointment, Exhibit 1), be substituted for the Plaintiff, JANICE STEFANIAK, who died on December 10, 2006. *See* Suggestion of Death and Certificate of Death filed on January 18, 2007 as Document No.s 21-1 and 21-2 respectively.

## PLAINTIFFS' LOCAL RULE 7.1(A)(2) CERTIFICATION

Insofar as LR7.1(A)(2) is applicable, I, David B. Kaplan, counsel for the Plaintiff in the above entitled matter, state that I have attempted to narrow the issue pled herein.

Respectfully submitted,
WILLIAM STEFANIAK,
By his attorney,

/s/ David B. Kaplan
DAVID B. KAPLAN, B.B.O. No. 258540
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080

Dated: June 22, 2007

> I hereby certify that a true copy of the above document was served upon each attorney of record by ECF on June 22, 2007.
>
> /s/ David B. Kaplan

**Commonwealth of Massachusetts**
The Trial Court
Probate and Family Court Department

Worcester Division

Docket No. 07P0663-EP1

Filed 3-8-07

### Probate of Will With/Without Sureties

Name of Decedent: Janice R. Stefaniak

Domicile at Death: 12 North Street (Street and No.)   Leominster (City or Town)   Worcester (County)   01453 (zip)

Date of Death: December 10, 2006

Name and address of Petitioner(s): William S. Stefaniak   12 North Street, Leominster, 01453

Status: Husband

Heirs at law or next of kin of deceased Including surviving spouse:

| Name | Residence (minors and incompetents must be so designated) | Relationship |
|---|---|---|
| William S. Stefaniak | 12 North Street, Leominster, 01453 | Husband |
| Anglea Lorraine Stefaniak | 12 North Street, Leominster, 01453 | Daughter |
| Erik Frank Stefaniak | 12 North Street, Leominster, 01453 | Son |
| Sharon M. Holt | 152 Olin Avenue, Fitchburg, 01452 | Sister |

That said deceased left a will - and codicil(s) - herewith presented, wherein your petitioner(s) is/are named execut**or** and wherein the testat**ix** had requested that your petitioner(s) be exempt from giving surety on his/her/their bond(s).

☒ The petitioner(s) hereby certif **ies** that a copy of this document, along with a copy of the decedent's death certificate has been sent by <u>certified mail to</u> the **Division of Medical Assistance, P.O. Box 15205, Worcester, Massachusetts 01615-9906.**

Wherefore your petitioner(s) pray(s) that said will - and codicil(s) - may be proved and allowed, and that he/she/they be appointed execut**or** thereof, with/without surety on his/her/their bond(s) and certif **y** under the penalties of perjury that the statements herein contained are true to the best of his/her/their knowledge and belief.

Date: February 26, 2007        Signature(s): _William S. [signature]_

The undersigned hereby assent to the foregoing petition and to the allowance of the will without testimony.

### DECREE

All persons interested having been notified in accordance with the law or having assented and no objections being made thereto, it is decreed that said instrument(s) be approved and allowed as the last will and testament of said deceased, and that said petitioner(s): William S. Stefaniak of 12 North Street, Leominster, Worcester County 01453 and _____ of _____ be appointed execut**or** thereof, first giving bond with **out** sureties for the due performance of said trust.

Date: June 20, 2007.        _Joseph L. Hart Jr._ [signature]
JUSTICE OF THE PROBATE AND FAMILY COURT

c.g.f.

Date: June 21, 2007

I, the undersigned, hereby certify, that I am the Register of Probate of the Worcester County Division of the Trial Court Department; Commonwealth of Massachusetts; that as such I have custody of the records of said Court; and I do further certify that the forgoing is a photographic copy of a decree of appointment of fiduciary; that said fiduciary has given bond as required by law; and that said appointment remains in full force.

Witness, my hand and seal of the PROBATE AND FAMILY COURT DEPARTMENT of the COMMONWEALTH OF MASSACHUSETTS at WORCESTER.

_Stephen G. Abraham_ [signature]
Register of Probate