UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*************************************
WILLIAM STEFANIAK for himself and as *
EXECUTOR OF THE ESTATE OF      *      CIVIL ACTION NO. 05-11465 LTS
JANICE STEFANIAK,            *
       Plaintiffs,           *
                               *
v.                             *
                               *
VOYAGER III, LLC,           *
WATER TRANSPORTATION      *
ALTERNATIVES, INC.,         *
                               *
       Defendants.        *
*************************************

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

        Please enter my appearance as attorney for the Plaintiffs in the above-entitled action.

Respectfully submitted,
Plaintiffs,
By his attorneys,

/s/ Brian Keane_____
DAVID B. KAPLAN, B.B.O. No. 258540
BRIAN KEANE, B.B.O. No. 656717
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080

Dated: August 24, 2007

| I hereby certify that a true copy of the above document was served upon each attorney of record by ECF on August 24, 2007. |
| --- |
|  /s/ Brian Keane_____ |